**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

# IN THE SUPREME COURT OF THE STATE OF NEVADA

PETER MARK COCA,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 67746

**FILED**

MAY 1 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying motions for recusal and transfer to Clark County. Fourth Judicial District Court, Elko County; Charles M. McGee, Judge.

Because no statute or court rule permits an appeal from the aforementioned decision, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

cc:    Chief Judge, The Fourth Judicial District Court
       Hon. Charles M. McGee, Senior Judge
       Peter Mark Coca
       Attorney General/Carson City
       Elko County District Attorney
       Elko County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-14657